**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____  District of  North Carolina _____
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

2. **Debtor's name**      Duramax Holdings LLC d/b/a Otto Environmental Systems _____

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   12700 General Drive
   Number      Street

   _____

   Charlotte _____ NC ____ 28273
   City            State    ZIP Code

   Mecklenberg _____
   County

   **Mailing address, if different**

   _____
   Number      Street

   _____
   P.O. Box

   _____ _____ _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____ _____ _____
   City            State    ZIP Code

Debtor    Duramax Holdings LLC
          _____          Case number (*if known*)_____
          Name

---

**6.  Debtor's website** (URL)    _____

---

**7.  Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑  Partnership (excluding LLP)

❑  Other type of debtor. Specify: _____

---

**8.  Type of debtor's business**

*Check one:*

❑  Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑  Railroad (as defined in 11 U.S.C. § 101(44))

❑  Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑  Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the types of business listed.

❑  Unknown type of business.

---

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒  No

❑  Yes. Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known_____
                                                  MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known_____
                                                  MM / DD / YYYY

---

**Part 3:      Report About the Case**

---

**10.  Venue**

*Check one:*

☒  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

❑  A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❑  Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒  No

❑  Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor   Duramax Holdings LLC
         _____
         Name

Case number (*if known*)_____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Quantum Polymers Inc. | Trade Claim | $ 1,779,843.64 |
| Vinmar Polymers America LLC | Trade Claim | $ 647,118.45 |
| Trademark Plastics Corporation | Trade Claim | $ 169,186.13 |
| | Total of petitioners' claims | $ 2,596,148.22 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Quantum Polymers Inc.
_____
Name

1900 Spring Road, Suite 430
_____
Number    Street

| Oak Brook | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Linda Jackson, Esq.
_____
Name

Quantum Polymers Inc., 1900 Spring Road, Suite 430
_____
Number    Street

| Oak Brook | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/11/2026**
            MM  / DD / YYYY

**✗**  *[signature]*   **General Counsel**
_____
Signature of petitioner or representative, including representative's title

William L. Esser IV
_____
Printed name

Parker Poe Adams & Bernstein LLP
_____
Firm name, if any

620 South Tryon Street, Suite 800
_____
Number    Street

| Charlotte | NC | 28202 |
|---|---|---|
| City | State | ZIP Code |

Contact phone   704-335-9507      Email   willesser@parkerpoe.com

Bar number    29201

State    NC

**✗**  *[signature]*
_____
Signature of attorney

Date signed   **5/11/2026**
             MM  / DD / YYYY

Debtor __Duramax Holdings LLC__
Name

Case number (*if known*)_____

### Name and mailing address of petitioner

Vinmar Polymers America LLC
Name

16825 Northchase Dr., Suite 1100
Number    Street

Houston                  TX        77060
City                     State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Eric Nute, Credit Manager
Name

Vinmar Polymers America LLC, 16825 Northchase Dr., Suite 1100
Number    Street

Houston                  TX        77060
City                     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/11/2026__
MM  / DD / YYYY

**X** *Eric Nute*

Signature of petitioner or representative, including representative's title

---

William L. Esser IV
Printed name

Parker Poe Adams & Bernstein LLP
Firm name, if any

620 South Tryon Street, Suite 800
Number    Street

Charlotte                NC        28202
City                     State     ZIP Code

Contact phone   704-335-9507   Email willesser@parkerpoe.com

Bar number      29201

State           NC

**X** _(signature)_

Signature of attorney

Date signed   __5/11/2026__
MM / DD / YYYY

---

### Name and mailing address of petitioner

Trademark Plastics Corporation
Name

1200 Morris Turnpike, Suite 3005 - Industrious
Number    Street

Short Hills              NJ        07078
City                     State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Sean Browne
Name

1200 Morris Turnpike, Suite 3005 - Industrious
Number    Street

Short Hills              NJ        07078
City                     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/08/2026__
MM / DD / YYYY

**X** _(signature)_

Signature of petitioner or representative, including representative's title

---

William L. Esser IV
Printed name

Parker Poe Adams & Bernstein LLP
Firm name, if any

620 South Tryon Street
Number    Street

Charlotte                NC        28202
City                     State     ZIP Code

Contact phone   704-335-9507   Email willesser@parkerpoe.com

Bar number      29201

State           NC

**X** _(signature)_

Signature of attorney

Date signed   __5/11/2026__
MM / DD / YYYY