Local Form 16 September 2021

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

| | | |
|---|---|---|
| | ) | Case No: |
| Duramax Holdings LLC d/b/a Otto Environmental Systems | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Trademark Plastics Corporation
[Insert name of corporate debtor/party]

Check one: ___DEBTOR ___PLAINTIFF ___DEFENDANT _x_OTHER (specify): Petitioning Creditor

***Instructions:*** *Federal Rule of Bankruptcy Procedure 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Similarly, Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file a corporate ownership statement with their petitions containing the information described in Rule 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐ **1. The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interests:**

Name:______________________________
Address:______________________________

Name:______________________________
Address:______________________________

Name:______________________________
Address:______________________________

*(For additional names, attach an addendum to this form.)*

☒ **2. There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interests.**

Date: MAY 8, 2026

Sean Browne
Signature of Authorized Individual for Corporate Debtor/Party

Sean Browne
Printed Name of Authorized Individual for Corporate Debtor/Party

Chief Financial Officer
Title of Authorized Individual for Corporate Debtor/Party