UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Duramax Holdings LLC | ) | Case No.: 26-30653 |
| d/b/a Otto Environmental Systems, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**MOTION BY TRUSTEE FOR EX PARTE ORDER
ALLOWING RULE 2004 PRODUCTION OF DOCUMENTS**

NOW COMES Cole Hayes, Court-appointed Trustee ("Trustee"), through counsel, and moves the Court under Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(d) for an *ex parte* order directing the following individuals and entities (each a "Rule 2004 Respondent" and collectively the "Rule 2004 Respondents") to produce certain documents and electronically-stored information:

1. Formex Holdings, LLC
2. Forming Technologies, LLC
3. Duramax Solutions, LLC
4. Muskie Holdings, LLC
5. AMD Plastics, LLC
6. DLB Custom Extrusions, LLC
7. MRF Street Capital
8. Brian F. Coll
9. Andrew Charron
10. Ray Kruczek
11. Christa Rendino
12. Shawn McNeil
13. The Huntington National Bank
14. Callodine Commercial Finance, LLC
15. Summit Funding Group, Inc.
16. First Financial Bank

In support of this Motion, the Trustee states:

1. On May 11, 2026 ("Petition Date"), an Involuntary Petition under Chapter 7 of the United States Bankruptcy Code was filed against Duramax Holdings LLC d/b/a Otto Environmental System.

2. On June 9, 2026, the Order for Relief [DE 12] was entered, appointing Trustee as the interim trustee.

3. On June 15, 2026, this Court entered an Order allowing the Trustee to Employ Ward and Smith, P.A. as Litigation Counsel [DE 17].

4. Federal Rule of Bankruptcy Procedure 2004 provides that the Court may compel the production of documents or electronically-stored information. The production may relate to the debtor's acts, conduct, or property, the debtor's liabilities and financial condition, or to any matter which may affect the administration of the Debtors' estate. Fed. R. Bankr. P. 2004(b) and (c).

5. Federal Rule of Bankruptcy 9016 makes Rule 45 of the Federal Rules of Civil Procedure applicable to this bankruptcy cases such that a subpoena may be issued to require production of documents. Fed. R. Bankr. P. 9016.

6. The Trustee requests documents from the Rule 2004 Respondents to fulfill his obligation to investigate and pursue information related to the Rule 2004 categories as well as any Chapter 5 Causes of Action, breach of duty claims, and any other state or federal law claims against affiliated or related entities, insiders, directors, and officers of the debtor.

7. The types of documents and electronically-stored information requested are corporate records, financial records, and correspondence and communications (all as more specifically detailed in the subpoenas) in the possession or control of the Rule 2004 Respondents.

8. Any document subpoenas issued in connection with an order granting this Motion will provide the Rule 2004 Respondents at least 21 days to produce any responsive documents, pursuant to Local Rule 2004-1(c).

WHEREFORE, the Trustee respectfully requests that the Court enter an *ex parte* order under Rule 2004 and Local Rule 2004-1(d) for the relief requested in this Motion, and that the Court grant such other and further relief as is just and proper.

This the 18th day of June 2026.

/s/ *Lance P. Martin*
Lance P. Martin
N.C. State Bar I.D. No.: 027287
email: lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
*Attorneys for Cole Hayes, Esq., Trustee*

**CERTIFICATE OF SERVICE**

I certify that the foregoing MOTION BY TRUSTEE FOR EX PARTE ORDER ALLOWING RULE 2004 PRODUCTION OF DOCUMENTS was filed electronically in accordance with the local rules and was served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

Duramax Holding LLC
d/b/a Otto Environmental Systems
12700 General Drive
Charlotte, NC 28273
*Debtor*
*Served via U.S. Mail*

Cole Hayes, Esq.
601 S. Kings Drive, Suite F PMB #411
Charlotte, NC 28204
*Chapter 7 Trustee*
*Served via CM/ECF*

Shelley K. Abel, Esq.
U.S. Bankruptcy Administrator
401 West Trade Street, Suite 2400
Charlotte, NC 28202
*Served via CM/ECF*

William L. Esser, IV, Esq.
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
*Counsel for Petitioning Creditors*
*Served via CM/ECF*

Formex Holdings, LLC
c/o Andrew Charron, Registered Agent,
or any Member, Manager, or Agent
3319 E. Laketon Avenue
Muskegon, MI 49442-6123
*Served via U.S. Mail*

Formex Holdings, LLC
c/o Andrew Charron, Registered Agent,
or any Member, Manager, or Agent
1885 E. Laketon Avenue
Muskegon, MI 49442
*Served via U.S. Mail*

Forming Technologies, LLC
c/o Raymond J. Kruczek, Registered Agent,
or any Member, Manager, or Agent
1885 E. Laketon Avenue
Muskegon, MI 49442
*Served via U.S. Mail*

Duramax Solutions LLC
c/o SMDK Agency, Inc. Registered Agent,
or any Member, Manager, or Agent
3333 Richmond Road, Suite 370
Beachwood, OH 44122
*Served via U.S. Mail*

Duramax Solutions
c/o Formex Holdings, LLC
c/o Andrew Charron, Registered Agent,
or any Member, Manager, or Agent
1885 E. Laketon Avenue
Muskegon, MI 49442
*Served via U.S. Mail*

Muskie Holdings, LLC
c/o John D. Gillesie, Registered Agent,
or any Member, Manager, or Agent
41 South High Street, Suite 2400
Columbus, OH 43215
*Served via U.S. Mail*

Muskie Holdings, LLC
c/o Andrew Charron, Registered Agent,
or any Member, Manager, or Agent
3319 E. Laketon Avenue
Muskegon, MI 49442-6123
*Served via U.S. Mail*

Muskie Holdings, LLC
c/o Andrew Charron, Registered Agent,
or any Member, Manager, or Agent
1885 E. Laketon Avenue
Muskegon, MI 49442
*Served via U.S. Mail*

AMD Plastics, LLC
c/o SMDK Agency, Inc. Registered Agent,
or any Member, Manager, or Agent
3333 Richmond Road, Suite 370
Beachwood, OH 44122
*Served via U.S. Mail*

DLB Custom Extrusions, LLC
c/o Raymond J. Kruczek, Registered Agent,
or any Member, Manager, or Agent
1618 Lynch Road
Evansville, IN 47701
*Served via U.S. Mail*

MRF Street Capital LLC
c/o Cogency Global Inc., Registered Agent,
or any Member, Manager, or Agent
850 New Burton Road, Suite 201
Dover, DE 19904
*Served via U.S. Mail*

Brian F. Coll
6399 Centerbury Way
Zanesville, OH 43701
*Served via U.S. Mail*

Andrew Charron
1488 Middlebrook Drive
Norton Shores, MI 49441
*Served via U.S. Mail*

Andrew Charron
873 Katie Court #27
Norton Shores, MI 49441
*Served via U.S. Mail*

Ray Kruczek
3039 Walter Road
North Olmsted, OH 44070
*Served via U.S. Mail*

Ray Kruczek
5059 Rock Maple Drive
Medina, OH 44256
*Served via U.S. Mail*

Christa Rendino
372 Gwyn Avenue
Elkin, NC 28621
*Served via U.S. Mail*

Shawn McNeil
11921 Fitzwater Road
Brecksville, OH 44141
*Served via U.S. Mail*

Huntington National Bank
Attn: GW4W34
5555 Cleveland Avenue
Columbus, OH 43231
*Served via U.S. Mail*

Callodine Commercial Finance, LLC
c/o Corporation Service Company,
Registered Agent or any Member,
Manager, or Agent
251 Little Falls Drive
Wilmington, DE 19808
*Served via U.S. Mail*

Callodine Commercial Finance, LLC
c/o any Member, Manager, or Agent
Two International Place, Suite 1830
Boston, MA 02110
*Served via U.S. Mail*

Summit Funding Group, Inc.
c/o Corporation Service Company,
Registered Agent or any Officer,
Director, Manager, or Agent
251 Little Falls Drive
Wilmington, DE 19808
*Served via U.S. Mail*

Summit Funding Group, Inc.
c/o Corporation Service Company,
Registered Agent or any Officer,
Director, Manager, or Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608
*Served via U.S. Mail*

Summit Funding Group, Inc.
c/o any Officer, Director, Manager,
or Agent
4680 Parkway Drive, Suite 300
Mason, OH 45040
*Served via U.S. Mail*

First Financial Bank
Attn: Legal Compliance
255 E. 5th Street
Cincinnati, OH 45202
*Served via U.S. Mail*

This the 18th day of June 2026.

/s/ *Lance P. Martin*
Lance P. Martin
N.C. State Bar I.D. No.: 027287
email: lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
*Attorneys for Cole Hayes, Esq., Trustee*