**United States Bankruptcy Court**
**Western District of North Carolina**

In re **Duramax Holdings, LLC d/b/a Otto Environmental Systems**
Debtor(s)

Case No. **26-30653**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Former CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 10, 2026**

**/s/ Brian Coll**
**Brian Coll/Former CEO**
Signer/Title

1618 Lynch, LLC
c/o NV Residential
2270 Fairview Center Drive, Ste. 160
Cleveland, OH 44126

1st Team Staffing Services, Inc.
757 Frederick Road Suite 201
Catonsville, MD 21228

48forty Solutions LLC
13100 Northwest Freeway #625
Houston, TX 77040

901 North Tweedy, LLC
22730 Fairview Center Dr. Ste. 160
Cleveland, OH 44130

A&J Waste Disposal
1623 Miles Moffitt Road
Asheboro, NC 27205

Absolute Haitian Corporation
94 Gardner Street
Worcester, MA 01610

ACS Group
2900 S 160th St
New Berlin, WI 53151

Active Waste Solutions
P.O. Box 10
Waxhaw, NC 28173

ADP, Inc.
One ADP Blvd.
Roseland, NJ 07068

ADVANTAGE ENGINEERING INC.
525 Stop 18 Rd E
Greenwood, IN 46143

AFI Systems, LLC
10801 Nations Ford Rd.
Pineville, NC 28134

Akamai Technologies, Inc.
145 Broadway
Cambridge, MA 02142

Allied Packaging Corporation
PO Box 8010
Phoenix, AZ 85066-8010

Ally
PO Box 71119
Charlotte, NC 28272-1119

American Safety and First AId
1452 3rd St
Osceola, IN 46561

Ameriscape Land Design
34730 Casabona Place
Willoughby, OH 44094

Applied Capital, LLC
520 Lake Cook Rd #175
Deerfield, IL 60015

APS
PO Box 53920 Mail Station 9996
Phoenix, AZ 85072-3920

APS Staffing, Inc.
7076 Solution Center
Chicago, IL 60677-7000

ARC3 Gases
PO Box 1708
Dunn, NC 28335

ARCBEST
8401 McClure Drive
Fort Smith, AR 72916

Aries Global Logistics, Inc.
365 Franklin Ave.
Franklin Square, NY 11010

Arizona Department of Revenue
PO Box 29038
Phoenix, AZ 85038

Arizona Grinding Co.
319 W. Lone Cactus #D
Phoenix, AZ 85027

Arizona Pneumatic Systems, Inc.
205 South River Drive
AZ 85288

Arwood Site Solutions
16144 Main Street N.
Jacksonville, FL 32218

Assured Partners Capital, Inc
2305 River Rd.
Louisville, KY 40206

Assured Partners NL, LLC
2305 River Rd.
Louisville, KY 40206

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Atlantic Corporation
PO Box 60002
Charlotte, NC 28260

AtoZinIT, LLC
PO Box 411512
Charlotte, NC 28241

Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Attorney General of the United States
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Automation Direct
3505 Hutchinson Road
Cumming, GA 30040

Avalara, Inc.
PO Box 10126
Bainbridge Island, WA 98110

Avient Corporation
Avient Colorants USA, LLC
33587 Walker Rd.
Avon Lake, OH 44012

B&B Plastics
3040 N Locust Ave.
Rialto, CA 92377-3706

B&L Polymer Processing
4330 N 39th Ave.
Peoria, AZ 85381

B&M Sanitation
172 Grant Road
Marietta, SC 29661

B2B Industrial Products, LLC
313 S Rohlwing Rd
Addison, IL 60101

Bahamas Waste Limited
P.O. Box N-4827
Nassau, Bahamas

Barcode Service, Inc.
6440 Fulton St E
Ada, MI 49301

Barcom, Inc.
4136 Jersey Pike, Suite B
Chattanooga, TN 37421

Bartenfelder Sanitation Services, Inc.
P.O. Box 706
Forest Hill, MD 21050

BCBSNC
PO Box 2291
Durham, NC 27702

Beacon Partners
3600 S. Boulevard, Suite 250
Charlotte, NC 28209

Bearing Distributor, Inc.
312 S. Chestnut St.
Gastonia, NC 28054

Benami International, Inc.
13100 NW 113th Avenue Road
Miami, FL 33178

Bill's Trash Service
2039 NC Highway
Cameron, NC 28326

BIN - GD12700 LLC
c/o Beacon Industrial LLC
3600 South Boulevard, Sute 250
Charlotte, NC 28209

Bishop Div. of Cler-Vu, Inc.
10500 John Price Road
Charlotte, NC 28241

Bit Inc.
4505 Wyland Dr #200
Elkhart, IN 46516

Bland Landscaping Company, Inc.
PO Box 727
Apex, NC 27502

Blue Cross Blue Sheild Group
P.O. Box 2291
Durham, NC 27702

Bober, Markey, Fedorovich & Company
3421 Ridgewodd Road, Suite 300
Akron, OH 44333

Brian Coll
3319 E. Laketon Avenue
Muskegon, MI 49442

Brutinel Plumbing & Electrical, Inc.
600 E 1st St.
Casa Grande, AZ 85122

Buckman Laboratores, Inc.
1256 N McLean Blvd.
Memphis, TN 38108

Busby Sanitation
PO Box 661
Elberton, GA 30635

C&C Trash
P.O. Box 1641
Easley, SC 29641

C&L Security, Inc.
107-32 79th St.
Ozone Park, NY 11417

C.B Manufacturing & Sales American
4455 Infirmary Road
Miamisburg, OH 45342

Canteen Compass Group USA, Inc.
PO Box 417632
Boston, MA 02241-7632

Carl's Sanitation
2937 Highway 9A
Maud, OK 74854

Carolina FIre Sprinkler Inspections, Inc
5657 Goldfish Rd.
China Grove, NC 28023

Catawba Manufacturing, LLC
4900 Stoneridge Road
Catawba, SC 29704

Cattron North America
655 North River Road, NW Suite A
Warren, OH 44483

Cavaliers Operating Co. LLC
1 Center Court
Cleveland, OH 44115

Central Decal
6901 High Grove Blvd.
Burr Ridge, IL 60527-7583

Centurylink-89183036
PO Box 52187
Phoenix, AZ 85072-2187

Centurylink/333219910
PO Box 2961
Phoenix, AZ 85062-2961

Champion Safe & Lock Ser.
15105-D John J. Delaney Dr. #321
Charlotte, NC 28277-2848

Charlotte Saw & Knife
204 Locust Drive
Locust, NC 28097

Charlotte Water
5100 Brookshire Boulevard
Charlotte, NC 28216

Chem-Trend Limited Partnership
22002 Network Place
Chicago, IL 60673-1220

Chesapeake Material Services, LLC
1157 Mayo Road, #310
Mayo, MD 21106

Chroma Color Corporation
PO Box 734198
Chicago, IL 60673-4198

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Cinnaminson Township
1621 Riverton Road
Riverton, NJ 08077

Cintas
1100 West Lake Drive
Charlotte, NC 28273-3789

Cintas
PO Box 630910
Cincinnati, OH 45263-0910

Cintas
PO Box 631025
Cincinnati, OH 45263

Cintas Corp
2425 N Nevada Street
Chandler, AZ 85225

City of Charlotte
600 Easst 4th Street
Charlotte, NC 28250-0001

City of Eloy
624 N Main Street
Eloy, AZ 85131

City of Glendale, AZ
5850 W. Glendale Avenue
Glendale, AZ 85301

City of Ocala
110 SE Watula Avenue
Ocala, FL 34471

Clean Harbors Environmental Services
8100 Chancellor Row
Dallas, TX 75247

Clover Machinery Movers
55770 Evergreen Plaza Drive
Mishawaka, IN 46545

CNA Insurance
P.O. Box 74007619
Chicago, IL 60674

ColorTech
5712 Commerce Boulevard
Morristown, TN 37814

Colortech, Inc.
5712 Commerce Blvd.
Morristown, TN 37814

Comfort Systems USA, Inc.
6875 W Galveston St
Chandler, AZ 85226

Comptroller of Maryland
PO Box 2601
Annapolis, MD 21404-2601

Concentra Occupational Health Center NC
PO Box 82730
Atlanta, GA 30354-0730

Concentra Occupational Health Center/SW
PO Box 82549
Atlanta, GA 30354-0549

Conder Flag Company
4705 Dwight Evans Rd
Charlotte, NC 28217

Continental Casualty Company CNA Ins.
151 N Franklin
15th Floor
Chicago, IL 60606

Cornerstone Consulting Organization, LLC
15 N Saint Clair Street
3rd Floor
Toledo, OH 43604

Cort Business Services Corp
Cort Furniture Rental
PO Box 7518
Philadelphia, PA 19176-0518

Cort Furniture
4200 Craftsman Drive
Raleigh, NC 27609

Cross Technologies, Inc
Cross Precision Measurement
4400 Piedmont Pkwy
Greensboro, NC 27410

CRS Capstone Partners, LLC
Capstone Partners
176 Federal Street
3rd Floor
Boston, MA 02110

CSC Corporation
251 Little Falls Drive
Wilmington, DE 19808

CT Polymers, LLC
12340 Elm Road
Bourbon, IN 46504

D&D Recruit US Inc.
4301 Orchard Lake Road
Suite 180
West Bloomfield, MI 48323

D-A Lubricant Company, Inc.
801 Edwards Drive
Lebanon, IN 46052

DASSAULT SYSTEMES AMERICANS
175 Wyman St
Waltham, MA 02451

Datasite, LLC
733 S Marquette Avenue
Suite 600
Minneapolis, MN 55402

David Price Willliams/ISWE, Inc.
2220 Hillbriar Dr.
Buford, GA 30518

David Wolfe Design, Inc.
829 Moe Dr
Akron, OH 44310

Davon Manufacturing Co, Inc.
3625 80th Avenue
Zeeland, MI 49464

DBD Realties, LLC
P.O. Box 2246
Brighton, MI 48116

Delta Mold, LLC
9415 Stockport Pl,
Charlotte, NC 28273

Department of Environmental Health
1203 Naoke Street
Greensboro, NC 27405

Dext Capital, LLC
5500 Meadows Road
Suite 300
Lake Oswego, OR 97035

Disher Corp
201 W Washington
Suite 230
Zeeland, MI 49464

Diversified Plastics, Inc.
1309 Highway 917 West
Latta, SC 29565

DME Company
710 Medtronic Parkway
Minneapolis, MN 55432

Dodson Pest Control
P.O. Box 10249
Lynchburg, VA 24501

Dry Tech Roofing
310 Ostwalt Amity Road
Troutman, NC 28166

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Dunn & Bradstreet. Inc.
20 S. Clark St.
Suite 2100
Chicago, IL 60603

Duraserv Corp
Just Rite Equipment
9 Corporate Drive
Cranbury, NJ 08512

Dyna Supply, LLC
2747 E University Drive
#31892
Mesa, AZ 85213

DYNAMIC MECHANICAL SERVICES INC.
1606 Chestnut St
Mishawaka, IN 46545

EasiBuy, LLC
106 Lukens Drive
New Castle, DE 19720

Easy Ice, LLC
925 West Washington Street
Marquette, MI 49855

EIP Holdo
Evolveip, LLC
989 Old Eagle School Road
Wayne, PA 19087

Electronic Auction Services, Inc.
PO Box 907
Cuyahoga Falls, OH 44223

Elite Electrical, LLC
2021 N Merrifield Ave
Mishawaka, IN 46545

Elwood Staffing Services Inc.
2872 Miller Dr
Plymouth, IN 46563

Employbridge holding Company
Resource MFG
1040 Crown Pointe Parkway
Suite 1040
Atlanta, GA 30338

Enbridge Gas Ohio
P.O. Box 5759
Cleveland, OH 44101

Engel Machinery, Inc.
3740 Board Rd
York, PA 17402

Engineering Sales Associate
3324 Pelton St
Charlotte, NC 28217

Englewood Company, Inc.
533 Abbott Drive
Broomall, PA 19008

Entec Polymers, LLC
PO Box 934329
Atlanta, GA 31193-4329

Entec, Inc.
10440 County Road 2
Middlebury, IN 46540

Enterprise Holding, Inc.
EAN Services, LLC/Damage Recovery
PO Box 843369
Kansas City, MO 64184

Enterprise Holdings, Inc.
EAN Svs, LLC Alamo Rent-a-Car
PO Box 402383
Atlanta, GA 30384-2334

Enterprise Software Solutions
PO Box 411512
Charlotte, NC 28241

EntreDock, LLC
3353 Lincoln Road
York, SC 29745

Enviro-Master Services, LLC
PO Box 12350
Charlotte, NC 28220

Epes Logistics Services, Inc.
PO Box 35884
Greensboro, NC 27425-5884

Epicor Software Corporation
PO Box 204768
Dallas, TX 75320-4768

Eplus Technology, Inc.
13595 Dulles Technology Drive
Herndon, VA 20171

ESE
2310 T.W. Alexander drive
Raleigh, NC 27617

Euler Hermes American Insurance
100 International Drive
22nd Floor
Baltimore, MD 21202

Evolve IP
630 Allendale Road
King of Prussia, PA 19406

Exhibit World, Inc.
13701 E Independence Blvd
Indian Trail, NC 28079

Fastenal Company, Inc.
PO Box 1286
Winona, MN 55987-1286

Federal Express Corp.
500 Ross Street
Pittsburgh, PA 15262

Fedex Freight East
PO Box 223125
Pittsburgh, PA 15251-2125

FerrellGas, LP
One Liberty Plaza
Liberty, MO 64068

First American Title Insurance Compnay
2425 E. Camelback Road, Sute 300
Phoenix, AZ 85016

First Insurance Funding
450 Dkokie Boulevard, Ste. 1000
Northbrook, IL 60062-5000

Florida Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0125

Forming Technologies, LLC
1885 E. Laketon Ave.
Muskegon, MI 49442

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0611

Freedom Waste
3304 E. Highway 218
Monroe, NC 28110

Frost Brown Todd, LLP
PO Box 5716
Cincinnati, OH 45202

G&W Equipment, Inc.
600 Lawton Road
Charlotte, NC 28216

Gearscrm, Inc. Rafterone
900 Third Ave.
New York, NY 10022

Geo Plastics
2200 E. 52nd Street
Los Angeles, CA 90058-3446

Georgia Dept. of Revenue
PO Box 740320
Atlanta, GA 30374

Global Circle Recyling, LLC
1800 Camden Road
Charlotte, NC 28203

Global Industrial Company
11 Harbor Park Drive
Port Washington, NY 11050

GM Financial Leasing
PO Box 78143
Phoenix, AZ 85062

GoSource Inc. People 2.0 Global, Inc.
3150 Highway 21, Suite 105
Fort Mill, SC 29715

GoSource Inc. People 2.0 Global, Inc.
2520 Renaissance Blvd, Suite 130
King of Prussia, PA 19406

Grainger
3415 S. Dodge Blvd.
Tucson, AZ 85713

Great American Financial Services
PO Box 660831
Dallas, TX 75266

Greenwaste Recovery, LLC
2540 N First St, Suite 300
San Jose, CA 95131

GS1 US Inc.
PO Box 78000
Detroit, MI 48278

Guerrero, LLC
P.O. Box 10943
Casa Grande, AZ 85122

Gulf Coast Bank and Trust Company
Seven Oaks Capital Associat
PO Box 669130
Dallas, TX 75266

H.R. Technologies, Inc.
32500 N. Avis Drive
Madison Heights, MI 48071

Handling Services, Inc.
21 A.D. Asbury Rd.
Greenville, SC 29605

Hank Patrick Lohr Hanks Landscaping
1112 N. Gilbert Ave.
Casa Grande, AZ 85122

HCM Unlocked, LLC
1221 Brickell Ave. Ste. 900
Miami, FL 33131

HERC Rentals, Inc.
PO Box 650280
Dallas, TX 75265

HERC Rentals, Inc.
PO Box 936257
Atlanta, GA 31193

Heritage-Crystal Clean
2000 Center Drive
Suite East C300
Hoffman Estates, IL 60192

Hoist & Crane Services Group
4920 Jefferson Highway
Jefferson, LA 70121

Houston-Galveston Area Council
PO Box 301427
Dallas, TX 75303

Hunting Insurance, Inc.
37 W. Broad St. 7th Floor
Columbus, OH 43215

Huntington Bank
200 Public Square
Cleveland, OH 44114

Huntington Bank
41 S. High Street
Columbus, OH 43287

Hydraulic on Site Equipment
301 E Houston St
Monroe, NC 28112

IGL Logistics, Inc.
5710 Old Concord Road
Charlotte, NC 28213

iland/11:11 Systems, Inc.
1235 North Loop West, Suite 800
Houston, TX 77008

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794

IMS Company
10373 Stafford Rd
Chagrin Falls, OH 44023

INCOE Corp
2850 High Meadow Circle
Auburn Hills, MI 48326

Indiana Dept. of Revenue
PO Box 6032
Indianapolis, IN 46206-6032

Indiana Michigan Power
P.O. Box 371495
Pittsburgh, PA 15250

Industrial Repair Service, Inc.
2650 Business Dr.
Cumming, GA 30028

Industrial Safety Shoe CO.
1421 E. 1st Street
Santa Ana, CA 92701

Innovate Graphics
PO Box 23240
Charlotte, NC 28227-0272

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

International Consortium LLC
90 Volunteer Dr. Suite 100
Hendersonville, TN 37075

Iowa Department of Revenue
PO Box 10466
Des Moines, IA 50306

Iron Mountain Records Management
PO Box 27128
New York, NY 10087-7128

ITU AbsorbTech, Inc.
2700 S 160th St
New Berlin, WI 53151

J&S Disposal Service
PO Box 1103
Bethlehem, PA 18016

JOBBOSS
1500 Solana Boulevard, Ste. 6500
Dallas, TX 75262

Kabelin Ace Hardware
432 St John Rd
Michigan City, IN 46360

Keldon Company
7764 Clyde Park Ave SW
Byron Center, MI 49315

Kentucky Dept. of Revenue
PO Box 491
Frankfort, KY 40602

Killum Pest Control CO.
921 W. Acadia Drive.
Tucson, AZ 85756

Kroff Chemical COmpant, Inc.
12 Federal Strret, SUite 450
Pittsburgh, PA 15212

Kurz Transfer Products
11836 Patterson Road
Huntersville, NC 28078

L&M Waste Management
PO Box 332
Morris Plains, NJ 07950

LA Poly Inc.
1430 Western Ave
Plymouth, IN 46563

Level 3 Communications, LLC
PO Box 910182
Denver, CO 80291-0182

Linda Gas & Equipment
10 Riverview Drive
Danbury, CT 06810

Local Disposal
12914 Old State Road
Shannon, NC 28386

Lumen Level 3 Communications
100 Century Link Drive
Monroe, LA 71203

M. Holland
400 Skokie Blvd. Suite 600
Northbrook, IL 60062

MachineMetrics, Inc.
5 Strong Ave. Ste 201
Northampton, MA 01060

Madison County Commission
PO Box 339
Marshall, NC 28753

Maguire Products, Inc.
11 Crozerville Road
Aston, PA 19014

Marco Polo International, Inc.
532 Broadhollow Road, Suite 135
Melville, NY 11747

Mazzellla Lifting Techonlogies
21000 Aerospace Parkway
Brookpark, OH 44142

MBI Occuppational Healthcare
3501 West Osborn Road
Phoenix, AZ 85019

McMaster-Carr Supply, CO.
PO Box 7690
Chicago, IL 60680

Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28273

Megacorp Logistics
1011 Ashes Dr
Wilmington, NC 28405

MEI Rigging & Crating, LLC
PO Box 1630
Dayton, TN 37321

Metlife Insurance
PO Box 783895
Philadelphia, PA 19178

Metro Plastics, Inc.
1200 Frank E. Rodgers Blvd. Ste. 1132
Harrison, NJ 07029

Metroplis Group, Inc.
120 Broadway Ste. 2775
New York, NY 10271

Metroplitan Paper Recycling, Inc.
847 Shepherd Ave.
Brooklyn, NY 11208

Metroplitan Telecommun
55 Water St. 32nd Floor
New York, NY 10041

MetTel
55 Water Street, 32nd Floor
New York, NY 10041

Michiana IT Solutions, LLC
625 Kenmoor Ave. SE Ste 350
Grand Rapids, MI 49546

Micro Markets Water Vending, LLC
AZ Ice & Water Southern AZ IC
1210 N. Stone
Tucson, AZ 85705

Midwest Construction Services, Inc.
Trillium Drivers SOultions
PO Box 671854
Detroit, MI 48267

Midwest Motion Products, Inc.
1000 Industries Cir, Howard Lake
Howard Lake, MN 55349

Moldit-Industria de Moldes SA

MSC. Ind. Supply
2509 Laura Ct, Elkhart
Elkhart, IN 46517

National Waste & Recycling Association
1550 Crystal Drive Ste. 804
Arlington, VA 22202

Navigator Business Soultions, Inc.
180 S. 100 W. Unit 279
Pleasant Grove, UT 84062

Naylor Bldg Partnerships
10616 Bailey Road Ste I
Cornelius, NC 28031

NC Propane Exchange
120 Sunrise Center Drive
Thomasville, NC 27360

NCH Corporation Certified Laboratories
2727 Chemsearch Blvd.
Irving, TX 75062

Negribossi North America, Inc.
PO Box 5581
Newark, DE 19714

New York City Department of Sanitation
Attn: John Gioia
44 Beaver Street, Room 201
New York, NY 10004

New York State
Department of Taxation and Finance
Civil Enforcement Division
Building 8\Room 45, W.A. Harriman Campus
Albany, NY 12227

New York State Dept. of Taxation
Finance/ Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

Nexeo Plastics, LLC
11530 Stephens Rd
Warren, MI 48089

NFP Corportate Services
1901 Roxborough Rd.
Charlotte, NC 28211

Nipsco
P.O. Box 13007
Merrillville, IN 46411

Norfolk Southern
PO Box 532797
Atlanta, GA 30353

Norfolk Southern
PO Box 532797
Atlanta, GA 30353-2797

North Carolina Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept. of Revenue
Bankruptcy Unit
PO Box 25000
Raleigh, NC 27640

Northwest Environmental
7225 Windsor Boulevard
Windsor Mill, MD 21244

Novatec
222 E. Thomas Ave.
Brooklyn, MD 21225

NTG Air & Ocean
2734 Chancellor Drive, Suite 109
Ft Mitchell, KY 41017

OMNIA Partners, Public Sector, Inc.
5001 Aspen Grove Dr. Ste. 600
Franklin, TN 37067

On Terra Systems, LLC
2080 S. Holly St. #24504
Denver, CO 80224

Onedigital Topco, LLC
200 Galleria Parkway Ste. 1950
Atlanta, GA 30339

OPKALLA, Inc.
4108 Park Rd. #305
Charlotte, NC 28209

ORBIS Corporation
1055 Corporate Dr.
Oconomowoc, WI 53066

Oregon Department of Revenue
PO Box 14950
Salem, OR 97309-0950

Oregon Refuse & Recycling Assocation
PO Box 2186
Salem, OR 97308-2186

OSCO, Inc.
2937 Waterview Drive
Rochester, MI 48309

Padnos
923 Edwardsburg Ave
Elkhart, IN 46514

Pallcon Services Company LTD
9 Peach Tree Hill Road
Livingston, NJ 07039

Paragon Technologies
5775 E. 10 Mile Road
Warren, MI 48091

Pasha Hawaii Holdings, LLC
745 Fort Street Suite 1600
Honolulu, HI 96813

Peacock Colors Company, Inc.
1000 W. National Ave.
Addison, IL 60101

PENSKE TN TRUCK LEASING CO.
Route 10 Green Hills
Reading, PA 19603

Performance Staffing Soultions, Inc.
PO Box 49332
Charlotte, NC 28277

Perry Johnson Registrars, Inc.
755 W Big Beaver Rd #1340
Troy, MI 48084

Perspective Manufacturing, Inc.
5448 Spalding Drive, Bldg 100, Ste D
Norcross, GA 30092

Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201

Pinal County Tresurer
PO Box 729
Florence, AZ 85232

Pioneer Distributing Company, Inc.
1300 N. 24th Ave.
Phoenix, AZ 85009

Pitney Bowes
PO Box 981022
Boston, MA 02298

Pitney Bowes
PO Box 981026
Boston, MA 02298

Plastic Procees Equipment
PO Box 670425
Northfield, OH 44067

Plymouth Industrial REID, Inc.
20 Custom House Street, 11th Floor
Boston, MA 02110

Plymouth South Bend, LLC
c/o Industrial REIT, Inc.
20 Custom House Street, 11th Floor
Boston, MA 02110

PNC Equipment Finance
995 Dalton Ave.
Cincinnati, OH 45203

Poly-Flex, Inc.
PO Box 943
Walworth, WI 53184

PolyQuest, Inc.
1979 Eastwood Rd. Ste. 201
Wilmington, NC 28403

Pontchartrain Waste Services
P.O. Box 1975
Covington, LA 70434

Port City Group, Inc.
6309 Boathouse Road
Wilmington, NC 28403

Poynette Iron Works, Inc.
209 E. North Street
Poynette, WI 53955

Pozorski Hauling & Recycling
2515 Viebahn Street
Chili, WI 54420

Precision Welding & Machine Co.
4701 Beam Road
Charlotte, NC 28217

Progressive Components
PO Box 5997
Carol Stream, IL 60197-5997

Prosponsive Logistics
4200 International Parkway, Ste. 300
Atlanta, GA 30354

QED Incorporated
627 Minuet Lane Ste. E
Charlotte, NC 28217

Quantum Poluymers, Inc.
100 S. York Rd. Ste. 222
Elmhurst, IL 60126

Quench USA, Inc.
630 Allendale Road, Ste. 200
King of Prussia, PA 19406

Quill Corporation
300 Tri State, International Dr. Ste 300
Lincolnshire, IL 60069

R&J Manufacturing, Inc.
1230 W. Gila Bend Hwy
Casa Grande, AZ 85122

Real Waste Disposal
8687 Road 177
Oakwood, OH 45873

Reiloy USA
12260 W. 53rd Street North
Maize, KS 67101

REKRUT, LLC
2926 Clawson Ave.
Royal Oak, MI 48073

Republic Services
PO Box 9001099
Louisville, KY 40290

Republic Silver State Disposal Republic
315 W. Cheyenne Ave.
North Las Vegas, NV 89030

RHINE PARACO Gas of NC, LLC
120 Sunrise Center Dr
Thomasville, NC 27360

RLG Holdings LLC
Resource Lable Group, LLC
147 Seaborad Lane
Franklin, TN 37067

Roadrunner Container Management
1010 W. Rosemont Drive
Phoenix, AZ 85027

Roadrunner Fire LLC Desert State Fire
343 S. Nina Dr.
Meza, AZ 85234

Robert Half International, Inc.
Robert Half
2613 Camino Ramon
San Ramon, CA 94583

Rose Pest Solutions
2714 S 11th St Ste B
Niles, MI 49120

ROTO-ROTER
5672 Collections Center Dr.
Chicago, IL 60693

RPM Plastics, LLC
2301 Speedball Rd.
Statesville, NC 28677

RTP Company
580 E. Front Street
Winona, MN 55987

Rucci Oil Company, Inc.
1693 RIchmond Terrace
Staten Island, NY 10310

Rumpke of Ohio, Inc.
3990 Generation Drive
Cincinnati, OH 45251

Ryder Transporation Services
PO Box 402366
Atlanta, GA 30384

S&S Disposal
PO Box 38
Ehrhardt, SC 29081

Safety Kleen Systems
4161 E. Tebbessee, #369
Tucson, AZ 85714

SafeWaste USA LLC
3205 W. 1350 S.
Hanna, IN 46340

Salesforce.Com, Inc.
415 Mission Street, 3rd Floor
San Francisco, CA 94105

SamSara, Inc.
1 De Haro Street
San Francisco, CA 94107

Schmalz, Inc.
5850 Oak Forest Drive
Raleigh, NC 27616

SD Electrical, Inc.
3841 W. Callie Primera
Scottsdale, AZ 85266

Seaside Disposal
PO Box 1145
Eastham, MA 02642

Security Fence Systems, Inc.
3521 Rombouts Avenue
Bronx, NY 10475

SEPRO AMERICA, LLC
765 Commonwealth Drive, Ste. 104
Warrendale, PA 15086

Serlimar
Pos Chiquito 47
San Nicolas, Aruba

SERMEC, S.A. DE C.V.
Leona Vicario #129
64390 Monterrey, NL

Singerman, Mills, Desbert & Co., LPA
3333 Richmond Road, Ste. 370
Beachwood, OH 44122

SITETECH, Inc.
35700 E. Royalton Road
Grafton, OH 44044

Skema Mining Components PTY, LTD
P.O. Box 51
Kwazulu Natal / ZA

Smash My Trash
535 West Carmel Drive
Carmel, IN 46032

Sonitrol Security Service
1101 Wood Ridge Center Drive, Suite 150
Charlotte, NC 28217

Southeast Industrial Equipment, Inc.
12200 Steele Creek Road
Charlotte, NC 28273

Southwest Consultants, LLC
5604 W. Molly Lane
Phoenix, AZ 85083

Southwestern Scale
2535 W. Broadway
Phoenix, AZ 85041

Stage Polmers, LLC
4747 Research Forest Drive, Ste. 180-295
Spring, TX 77381

Staples Business Advantage, Inc.
500 Staples Drive
Framingham, MA 01702

Steam Logistics, LLC
328 Broad Street
Chattanooga, TN 37402

Stellantis Financial
715 E. Erica Street
OR 97184

Steven Green Advanced Polymers, Inc.
715 E. Erica Street
Yamhill, OR 97148

Storm Chaser Group, Inc.
P.O. Box 31808
Tucson, AZ 85751

Summit Funding Group, Inc.
4680 Parkway Drive Ste. 300
Mason, OH 45040

Summit Handling Systems, Inc.
11 Delco Park Road
North Haven, CT 06473

Sunbelt Rentals
553 Verdant Street
Elkhart, IN 46516

Sunland Logistic
107 Willowburn Road
Villanova, PA 19085

Sunset Sanitation
39 Lincoln Avenue
Dansville, NY 14437

Sunsource
P.O. Box 74007453
Chicago, IL 60674

Sunwest Automotive
210 S. Broad Street
Medical Lake, WA 99022

SWANA, Inc.
1100 Wayne Avenue, Ste. 650
Silver Spring, MD 20910

SyBridge Technologies Canada, Inc.
465 Jutras Drive South
Lakeshore, OH N8N 5CA

Symetra Life Insurance Company
Symetra Select Benefits
P.O. Box 856098
Minneapolis, MN 55485

SYNVENTIVE Molding Solutions
10 Centenniel Drive
Minneapolis, MN 55485

Taft Stettinius & Hollister, LLP
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202

TD Dewitt Ave LLC
807 Bank Street Property, LLC
4 Bryant Park, Ste. 200
New York, NY 10018

Tech Soft 3D, Inc.
1567 Chandler Avenue, Ste. 100
Bend, OR 97702

Texas Pack and Load
1030 Brussels Street
San Antonio, TX 78219

Texten Printing
2710 Bond Street
Knoxville, TN 37917

The Agency Marketing Group
1233 The Plaza #5405
Charlotte, NC 28205

The Hot Stamp Company
10950-60 San Jose Boulevard, Ste. 299
Jacksonville, FL 32223

The Infosoft Group, LLC Circa
1000 N. Water Street, Ste. 1200
Milwaukee, WI 53202

The Infosoft Group, LLC Circa
1000 N. Water Street, Ste. 1200
Milwaukee, VT 05320-2000

The Local Government Purchasing
P.O. Box 650002
Dallas, TX 75265

The Molding Company, Inc.
d/b/a Forte Products
P.O. Box 8769
Carol Stream, IL 60197

Thermal Care
P.O. Box 644537
Pittsburgh, PA 15264

Thompson Safety, LLC
104 Lockhaven Drive
Beaumont, TX 77703

Tinius Olsen
1065 Eastern Road
Horsham, PA 19044

TOSAF USA, Inc.
330 Southridge Parkway
Bessemer City, NC 28016

Total Fleet Services, LLC
16004 Crossbay Boulevard, Unit 201
Howard Beach, NY 11414

Toyota Industries Commercial Finance
P.O. Box 660926
Dallas, TX 75266

TOYOTALIFT of Arizona, Inc.
1445 North 26th Avenue
Phoenix, AZ 85009

Trademark Plastics Corporation
1200 Morris Turnpike, Suite 3005
Short Hills, NJ 07078

Tradesmen International, Ltd
9760 Shepard Road
Macedonia, OH 44056

Tricon International, LTD
Tricon Dry Chemicals, LLC
1500 Post Oak Boulevard
Houston, TX 77056

TriMech Acquisition Corp.
TriMech Solutions, LLC
4991 Lake Brook Drive, Ste. 300
Glen Allen, VA 23060

Turf Tender Property Maint
1903 E Bertrand Rd.
Niles, MI 49120

U-Line
P.O. Box 88741
Chicago, IL 60680

UBE Machinery, Inc.
5700 S. State Street
Ann Arbor, MI 48108

Ulrich Otto GMBH & Co.
LEINSAMENWEG 31
50933 KolN/DE

United Parcel Service
P.O. Box 809488
Chicago, IL 60680

United Parcel Service, AZ
P.O. Box 809488
Chicago, IL 60680

United Rentals, Inc.
130 Skip Jack Road
Prince Frederick, MD 20678

United Silicone Inc.
4471 Walden Avenue
Lancaster, NY 14086

United Tool & Mold, Inc
2809 Greenville Highway
Easley, SC 29640

Universal Waste Systems, Inc.
PO Box 3038
Whittier, CA 90605

University of NC at Charlotte
9201 University City Blvd.
Charlotte, NC 28223

UNUM
1 Fountain Square
Chattanooga, TN 37402

Various

Vinmar LLC
Vinmar Polymers America LLC
16825 Northchase Drive
Suite 1400
Houston, TX 77060

Visual Edge IT
d/b/a Technocom Business Systems, Inc.
3330 Monroe Road
Charlotte, NC 28205

Wales Crane & Rigging Service, Inc.
PO Box 21628
Waco, TX 76702

Waste In Time Disposal
P.O. Box 131
Elm, PA 17521

WaterTime, LLC
404 Union Avenue
Burlington, NC 27217

Weima America, Inc.
3678 Centre Circle
Fort Mill, SC 29715

West Peak Waste
333 N. Wilmot Rd, Ste 340
Tucson, AZ 85711

Western Water Techologies, Inc.
7615 N 75th Avenue
Suite 102
Glendale, AZ 85303

WEX Bank
PO Box 4337
Carol Stream, IL 60197

Wildman Uniform & Linen
800 S. Buffalo Street
Warsaw, IN 46580

Williams Scotsman, Inc.
901 S Bond Stret
Suite 600
Baltimore, MD 21231

Windstream Holdings II, Inc.
4001 N Rodney Parham Road
Little Rock, AR 72212-2442

Worldwide Express
51 West 3rd Street Suite 230
Tempe, AZ 85281

Xact Acquisition, LLC
429 S Keller Road
Suite 320
Orlando, FL 32810

Yizumi-HPM Corp
PO Box 210
Iberia, OH 43325

Zhejang Kaihua Moulds Co. LTD
NO 4(2) Jing Road
Economic Dev. Region
318020 Huangyan Taizhou Zhejiang China